IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WILLIAM SIMONS & LANDIS PC, | § § § | |
| *Plaintiff,* | § | |
| vs. | § § | |
| RISKON INTERNATIONAL, INC. F/K/A ECOARK HOLDINGS, INC., ECOARK, INC, ZEST LABS HOLDINGS LLC, ZEST LABS, INC., F/K/A INTELLEFLEX CORP., AND BARTKO PAVIA LLP, | § § § § § § § | CASE NO. 1:26-cv-00034-RP |
| *Defendants.* | § | |

## RETURN OF SERVICE

Came to my hand on **Wednesday, January 28, 2026 at 9:32 AM,**
Executed at: **112 NORTH CURRY STREET, CARSON CITY, NV 89703**
at **1:38 PM,** on **Wednesday, January 28, 2026,** by delivering to the within named:

**RISKON INTERNATIONAL, INC. F/F/A ECOARK HOLDING, INC.**

Care of its **Registered Agent, CORPORATE CREATIONS NETWORK INC.**
by personally delivering to **Authorized Employee, KRIS OSBORN**
a true copy of this

**SUMMONS IN A CIVIL ACTION, PLAINTIFF'S
ORIGINAL COMPLAINT, and CIVIL COVER SHEET**

BEFORE ME, the undersigned authority, on this day personally appeared BOB DEALE who after being duly sworn on oath states: "My name is BOB DEALE. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Nevada. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By: _____
**BOB DEALE – Process Server of Nevada**

**Subscribed and Sworn to by BOB DEALE, Before Me**, the undersigned authority, on this __2nd__ day of February, 2026.



_____
Notary Public in and for the State of Nevada
COUNTY OF WASHOE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| William Simons & Landis PC<br><br>*Plaintiff(s)*<br><br>v.<br><br>Riskon International, Inc. F/K/A Ecoark Holdings, Inc., Ecoark,, Inc., Zest labs Holdings LLC, Zest Labs, Inc., F/K/A Intelleflex Corp., and Bartko Pavia LLP,<br><br>*Defendant(s)* | Civil Action No. 1:26-cv-00034-RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RiskOn International, Inc., F/K/A Ecoark Holdings, Inc.,
Maybe Served by Registered Agent,
Corporate Creations Network Inc.,
112 North Curry Street,
Carson City, NY, 89703

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joshua H. Harris
Brewer, Attorneys, Counselors
1717 Main Street Suite 5900
Dallas TX  75201
(214) 653-4000
(214) 653-1018

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, PHILIP J. DEVLIN*

Date: 01/09/2026



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00034-RP

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
 designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: