UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WILLIAMS, SIMONS & LANDIS PC,<br><br>                              Plaintiff,<br><br>-against-<br><br>RISKON INTERNATIONAL, INC. F/K/A ECOARK HOLDINGS, INC., ECOARK INC., ZEST LABS HOLDINGS LLC, ZEST LABS, INC., F/K/A/ INTELLEFLEX CORP., AND BARTKO PAVIA LLP.,<br><br>                              Defendants. | Case No. 1:26-cv-00034 |

**AGREED STIPULATION TO EXTEND DEADLINE TO FILE ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that:

      1.      The time for the Defendants below to file their response to Plaintiff's Complaint is hereby extended to March 2, 2026.

      2.      By entering into this Stipulation, the parties do not waive and expressly preserve all rights, claims, defenses and objections except for those expressly set forth herein.

      3.      This stipulation may be executed in counterparts, with facsimile and email signatures treated as originals.

Dated: February 18, 2026

| **BREWER, ATTORNEYS & COUNSELORS** | **OLSHAN FROME WOLOSKY, LLP** |
|---|---|

By: */s/ Joshua H. Harris*
Josh H. Harris
Texas Bar No. 02967035
1717 Main St. Ste. 5900
Dallas, TX 75201
(214)-653-4802
jkh@brewerattorneys.com
*Attorneys for Plaintiff Williams Simons & Landis PC*

By: */s/ Anthony J. Boccamazzo*
Anthony J. Boccamazzo
1325 Avenue of the Americas
New York, NY 10019
(212) 451-2300
aboccamazzo@olshanlaw.com
*Attorneys for Defendants RiskOn International Inc. and Ecoark, Inc*

*To File Pro Hac Vice Application*

**WYNNE LAW PLLC**

By: /s/ *David E. Wynne*
David E. Wynne
Texas State Bar No. 24047150
1800 Bering Dr., Ste. 1075
Houston, TX 77057
(713)-227-8835
dwynne@wynnepllc.com
*Attorneys for Defendants Zest Labs Holding, LLC and Zest Labs, Inc.*
*To File Pro Hac Vice Application*