IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WILLIAMS SIMONS & LANDIS, PC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:26-CV-34-RP |
| | § | |
| RISKON INTERNATIONAL, INC., et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Dustin Howell concerning Defendant Bartko Pavia LLP's ("Bartko") motion to dismiss, (Dkt. 17), and Defendants RiskOn International, Inc., Ecoark, Inc., Zest Labs Holdings, LLC and Zest Labs, Inc.'s (collectively, the "Zest Defendants") motion to dismiss, (Dkt. 19). (R&R, Dkt. 43). The Zest Defendants and Plaintiff Williams Simons & Landis PC ("WSL") timely filed objections to the report and recommendation. (Objs., Dkts. 44, 45). Bartko and WSL filed responses to those objections. (Dkts. 46, 47). The Zest Defendants filed a reply in support of their objections, (Dkt. 48), and WSL filed a motion for leave to file a reply in support of its objections, (Dkt. 49). WSL then filed a motion to strike the Zest Defendants' reply, (Dkt. 50), to which the Zest Defendants responded, (Dkt. 51), and WSL replied, (Dkt. 52).

In the interest of fully weighing the issues in this case, the Court granted Plaintiff WSL's motion for leave to file a reply, (Dkt. 49), and WSL's reply was docketed, (Dkt. 54). For the same reason, the Court will deny WSL's motion to strike, (Dkt. 50). The Court therefore considers the replies filed by both WSL and the Zest Defendants in support of their respective objections.

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and

recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because the Zest Defendants and WSL timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules both parties' objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Dustin Howell, (Dkt. 43), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff Williams Simons & Landis's motion to strike is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Bartko Pavia LLP's motion to dismiss, (Dkt. 17), is **GRANTED**. Plaintiff's claims against Bartko are **DISMISSED** without prejudice.

**IT IS FINALLY ORDERED** that Defendants RiskOn International, Inc., Ecoark, Inc., Zest Labs Holdings, LLC and Zest Labs, Inc.'s Motion to Dismiss, (Dkt. 19), is **DENIED**.

**SIGNED** on September 10, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE